UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2026

EUDY JIMENEZ, ET AL.,

                Plaintiffs,

      -v-

REUBEN COLLADO, ET AL.,

                Defendants.

**ORDER**

26-CV-3571 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On April 30, 2026, Defendants Reuben Collado and Amazon Logistics Inc. (the "Removing Defendants") removed this case from New York Supreme Court, Bronx County to the Southern District of New York.  ECF No. 1.  By order of reference dated May 7, 2026, the undersigned was referred for general pretrial.  ECF No. 5.

By **May 15, 2026**, the Removing Defendants shall file a letter on the docket addressing: (1) whether the consent of Defendant Lucy Caraballo-Alvarez was obtained for removal and, if not, why not; and (2) whether there is complete diversity given that Defendant Caraballo-Alvarez appears to be a citizen of Pennsylvania, as are Plaintiffs.  *See* ECF No. 1-2.

**SO ORDERED.**

Dated: May 8, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge