UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/2026

EUDY JIMENEZ, ET AL.,

                Plaintiffs,

      -v-

REUBEN COLLADO, ET AL.,

                Defendants.

**ORDER**

26-CV-3571 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiffs' submissions, ECF Nos. 12–13 (the "Responses"), responding to the undersigned's May 22, 2026 order, ECF No. 11. The relief requested in the Responses is granted, and the deadline to serve Defendant Caraballo-Alvarez is extended to **June 15, 2026**.

**SO ORDERED.**

Dated: June 1, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1