UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/9/2026

EUDY JIMENEZ, ET AL.,

                Plaintiffs,

     -v-

REUBEN COLLADO, ET AL.,

              Defendants.

**ORDER**

26-CV-3571 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on June 9, 2026, at which Plaintiffs did not appear, but Defendants Reuben Collado, Amazon Logistics Inc., and Lucy M. Caraballo-Alvarez appeared.  The parties are directed to file a joint letter regarding the status of stipulating to remand this case to state court by **June 23, 2026**.

**SO ORDERED.**

Dated: June 9, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge