UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUDY JIMENEZ, ET AL.,

                Plaintiffs,

      -v-

REUBEN COLLADO, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/11/2026__

**ORDER**

26-CV-3571 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On May 20, 2026, Defendants Reuben Collado and Amazon Logistics, Inc. filed a Verified Answer with Counterclaim and Cross-Claims, ECF No. 9 (the "Answer"). The Answer asserts a counterclaim against Plaintiffs Eudy Jimenez and Anyeris Marte Diaz ("Plaintiffs"). Pursuant to Rule 12(a)(1)(B) of the Federal Rules of Civil Procedure, Plaintiffs' response to the counterclaim was due by June 10, 2026. To date, so far as the docket reflects, Plaintiffs have not filed a response to the counterclaim. The undersigned *sua sponte* extends the deadline for Plaintiffs to respond to the counterclaim to **June 25, 2026.**

**SO ORDERED.**

Dated: June 11, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1